JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEULAH STUART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSAMERICA,<br><br>　　　　　Defendant. | Case No. 5:23-cv-01989-RGK (MAAx)<br><br>(Honorable R. Gary Klausner)<br><br>**[PROPOSED] FINAL JUDGMENT FOLLOWING THE COURT'S GRANTING OF DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: April 4, 2024<br><br>Motion Filing C/O: April 24, 2024<br>Pretrial Conf.:　　Vacated<br>Trial:　　　　　　Vacated |

///
///
///

1

## ~~[PROPOSED]~~ FINAL JUDGMENT

On June 6, 2024, this Court granted Defendant Transamerica Life Insurance Company's ("Transamerica") Motion for Summary Judgment as to Plaintiff Beulah Stuart's ("Plaintiff") entire Complaint. [ECF No. 72.]

Accordingly, IT IS HEREBY ORDERED AND ADJUDICATED that Judgment shall be entered in favor of Transamerica and against Plaintiff, and Plaintiff's Complaint shall be dismissed in its entirety, with prejudice. Transamerica shall be awarded and recover its cost of suit herein.

**IT IS SO ORDERED.**

DATED: 6/10/2024

By: _/s/ Gary Klausner_
Hon. R. Gary Klausner
United States District Court Judge

2